**SOAW**
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
DANIEL J. MCCAIN, ESQ.
Nevada Bar No. 13915
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
  Mail To:
  P.O. Box 2070
  Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com
djm@thorndal.com
Attorneys for Defendant,
AMTRUST NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID C. HAWKINS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMTRUST NORTH AMERICA, INC., a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30<br><br>    Defendants. | CASE NO. 2:19-cv-914-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW Defendant, AMTRUST NORTH AMERICA, INC., by and through its counsel of record, PHILIP GOODHART, ESQ. and DANIEL MCCAIN, ESQ., of the law firm of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER and Plaintiff, DAVID C. HAWKINS, by and through his attorney, CHRISTIAN MORRIS, ESQ., of the law firm of NETTLES MORRIS, and hereby stipulate that the claims against AMTRUST NORTH

///

///

-1-

AMERICA, INC. shall be dismissed with prejudice, with each side to bear their own costs and attorney's fees.

DATED this 12 day of November, 2019.

| THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER | NETTLES MORRIS |
|---|---|
| /s/ Philip Goodhart | /s/ Christian M Morris |
| PHILIP GOODHART, ESQ.<br>Nevada Bar No. 5332<br>DANIEL J. MCCAIN, ESQ.<br>Nevada Bar No. 13915<br>P.O. Box 2070<br>Las Vegas, Nevada 89125-2070<br>*Attorneys for Defendant, Amtrust North America, Inc.* | CHRISTIAN M MORRIS, ESQ.<br>Nevada Bar No. 11218<br>1389 Galleria Drive, Ste. 200<br>Las Vegas, Nevada 89014<br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED.

DATED November 13, 2019.

By: /s/ James C. Mahan
U.S. DISTRICT JUDGE

*Respectfully Submitted By:*

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**

/s/ Philip Goodhart

PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
DANIEL J. MCCAIN, ESQ.
Nevada Bar No. 13915
P.O. Box 2070
Las Vegas, Nevada 89125-2070
*Attorneys for Defendant, Amtrust North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the **12th** day of **November** 2019, I forwarded a copy of the above and foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** by electronic transmission via CM/ECF, pursuant to FRCP 5(b)(2)(E) to:

Christian M. Morris, Esq.
Nettles Morris
1389 Galleria Drive, Ste. 200
Las Vegas, Nevada 89014
*Attorney for Plaintiff*

_____
An employee of THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER